IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY R. URY, DOYCE L. WILLIAMS, LARRY D. SCHAFFERT, DONALD M. ZACHRY and DALLAS D. BAKER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV117 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED that the planning conference in this matter is rescheduled for:

**Monday, August 3, 2009, at 9:15 a.m.**

in Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to establish a final progression order in this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 13th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court