IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY R. URY, DOYCE L. WILLIAMS, LARRY D. SCHAFFERT, DONALD M. ZACHRY and DALLAS D. BAKER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV117 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulation for dismissal with prejudice of claim of Dallas D. Baker (Filing No. 24). Pursuant thereto,

IT IS ORDERED that the stipulation of the parties is approved and adopted; the claim of Dallas D. Baker is dismissed, each party to pay its own costs and attorneys fees.

DATED this 8th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court