IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
RODNEY R. URY, DOYCE L.        )
WILLIAMS, LARRY D. SCHAFFERT,  )
DONALD M. ZACHRY and DALLAS    )
D. BAKER,                      )
                               )
            Plaintiffs,        )       8:09CV117
                               )
       v.                      )
                               )
UNION PACIFIC RAILROAD         )       ORDER
COMPANY,                       )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's unopposed motion to extend summary judgment deadline (Filing No. 27). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; motions for summary judgment shall be filed on or before February 8, 2010.

DATED this 27th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court