IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY R. URY, DOYCE L. WILLIAMS, LARRY D. SCHAFFERT, DONALD M. ZACHRY and DALLAS D. BAKER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV117 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the voluntary dismissal with prejudice pursuant to F.R.C.P 41(a)(1)(ii) (Filing No. 29). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own fees and costs.

DATED this 10th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court